**Leroy THOMASON, alias Leroy Bachhefofer, alias Crip Thomason, Appellant, v. STATE of Texas, Appellee.**

No. 23270.

Court of Criminal Appeals of Texas.

Nov. 7, 1945.

Stanley Bransford, of Fort Worth, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is theft; the punishment, ten years in the penitentiary.

Appellant has filed his personal affidavit stating that he no longer desires to prosecute his appeal.

Accordingly, the appeal is dismissed at appellant's request.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.